UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DMYTRO VOLOKITIN aka DMITRY VLADIMIROVICH VOLOKITIN aka VOLOKITIN DMYTRO,

Defendant.

CR12-0025 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DECLINES to approve defendant's unopposed motion to continue trial and other related dates, docket no. 105.

(2) The parties are DIRECTED to file, by October 10, 2024, briefs outlining the status of discovery, future anticipated discovery, possible pretrial motions, and why this matter cannot be tried in April 2025, given the best interests of the public in a speedy trial.

(3) The Court STRIKES the current trial date of November 12, 2024, and SETS an in-court scheduling conference for Friday, October 18, 2024, at 10:00 a.m., to set a new trial date and related pretrial deadlines.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of September, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1