UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DMYTRO VOLOKITIN aka DMITRY VLADIMIROVICH VOLOKITIN aka VOLOKITIN DMYTRO,<br><br>        Defendant. | CR12-0025 TSZ<br><br>ORDER |

THIS MATTER comes before the Court on defendant's motion, docket no. 105, to continue the trial and related dates.  Having previously stricken the trial date, but declined to approve the proposed new trial date, *see* Minute Order (docket no. 106), and having considered the parties' supplemental papers, docket nos. 107–109, and the oral arguments of counsel, the Court ORDERS as follows:

    1.    A failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the failure to grant a

ORDER - 1

continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

For the foregoing reasons, defendant's motion to continue trial, docket no. 105, is GRANTED in part and DENIED in part. The trial date is CONTINUED to September 8, 2025. Counsel shall meet and confer and file, on or before November 1, 2024, a proposed case schedule.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this Order until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 22nd day of October, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 2