The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR12-025 TSZ |
|---|---|
| Plaintiff | [Proposed] CASE SCHEDULING ORDER |
| v. | |
| DMYTRO VOLOKITIN, | |
| Defendant. | |

The Stipulated Motion for Entry of a Case Scheduling Order is GRANTED. The Court adopts the following scheduling order in this case:

| Date | Deadline |
|---|---|
| Jan. 17, 2025 | Rule 16 Discovery Deadline (with Continuing Obligation Pursuant to Rule 16(c)) |
| Mar. 14, 2025 | Government's Case-in-Chief Expert Disclosures |
| Apr. 18, 2025 | Pretrial Motions Deadline |
| May 9, 2025 | Response to Pretrial Motions |
| May 16, 2025 | Replies to Pretrial Motions |
| May 23, 2025 | Defendant's Case-in-Chief Expert Disclosures |

Case Scheduling Order - 1
United States v. Volokitin / CR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| July 3, 2025 | Government's Rebuttal Expert Disclosures |
| July 3, 2025 | Government's Exhibit List |
| July 3, 2025 | Government's Witness List |
| July 25, 2025 | Government's Production of Jencks Act Materials and Rule 26.2 Witness Statements (with Continuing Obligation Pursuant to Rule 16(c)) |
| Aug. 8, 2025 | Government's Trial Brief |
| Aug. 8, 2025 | Government's Jury Instructions |
| Aug. 8, 2025 | Motions *in Limine* |
| Aug. 11, 2025 | Defendant's Exhibit List |
| Aug. 11, 2025 | Defendant's Witness List |
| Aug. 22, 2025 | Responses to Motions *in Limine* |
| Aug. 22, 2025 | Defendant's Trial Brief |
| Aug. 22, 2025 | Defendant's Jury Instructions |

IT IS SO ORDERED.

DATED this  1 ST  day of ~~October,~~ Nov 2024.

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

*s/ Todd Maybrown*
TODD MAYBROWN
ALAN FUTERFAS
KRISTEN WINEMILLER
Attorneys for Dmytro Volokitin

Case Scheduling Order - 2
*United States v. Volokitin* / CR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970