The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DMYTRO VOLOKITIN,<br><br>Defendant. | NO. CR12-025 TSZ<br><br>**ORDER FOR ALTERNATIVE VICTIM NOTIFICATION** |

Upon the motion of the United States for Alternative Victim Notification in this matter, the Court finds:

1. The "multiple crime victims" provision of 18 U.S.C. § 3771(d)(2) applies to this case because, due to the large number of potential crime victims, it is impracticable for the United States to notify all potential crime victims of their rights on an individual basis.

2. The United States' proposed alternative notification procedure set forth in its motion is a reasonable procedure to satisfy the United States' obligations under 18 U.S.C. § 3771 that does not unduly complicate or prolong the proceedings.

Order for Alternative Victim Notification - 1
*United States v. Kamratov*, CR12-025 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

For the foregoing reasons, the United States' motion is GRANTED.

The United States is authorized to use a webpage to provide the crime victim notifications required by 18 U.S.C. § 3771. The government shall post a link on the Department of Justice's large case website, https://www.justice.gov/largecases/, which will direct potential victims to a webpage that contains case-specific notifications, contact information for the United States Attorney's Office in the Western District of Washington, and information about how to submit victim impact statements.

The foregoing notification procedure modifies and replaces the notification procedures previously authorized in this matter (Dkt. 60).

IT IS SO ORDERED.

Dated this 14th day of November, 2024.

_____
THOMAS S. ZILLY
United States District Judge

Presented by:

*/s Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Order for Alternative Victim Notification - 2
*United States v. Kamratov*, CR12-025 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970